# **ERRATA**

Rockwell Automation, Inc. v. United States, Court Nos. 05-00269, *et al.*, Slip Op. 14-96, dated Aug. 18, 2014.

| | |
|---|---|
| Page 5: | In line six, replace "USCIT R. 6(b)(1)(B);" with "*Id.*;". |
| Page 5: | In line six of the first indented paragraph, replace "(quoting Marsh v. Richardson, 873 F.2d 129, 130 (6th Cir. 1989))," with "(citation omitted) (internal quotation marks omitted),". |
| Page 6: | In line one, replace "pp. 531-32" with "pp. 523-32". |
| Page 6: | In line two of the first indented paragraph, replace "Pioneer Inv. Services v. Brunswick Associates," with Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership,". |
| Page 6: | In line seven of the first indented paragraph, replace "Pioneer, 507" with "*Id.*, 507". |
| Page 7: | In line three of the second indented paragraph, replace "(March 31, 2014)" with "(April 1, 2014)". |
| Page 8: | In line one, replace "a timely motion for an extension" with "timely motions for extensions of time". |
| Page 8: | In line eight, replace "the office of the clerk" with "the Office of the Clerk". |
| Page 8: | In line seven of the first indented paragraph, replace "Gadsden v. Jones Lang LaSalle Americas," with "Gadsden v. Jones Lang LaSalle Americas, Inc.,". |
| Page 9: | In line 12 of the first indented paragraph, replace "Krantz v. Nissan North America, Inc.," with "Krantz, Inc. v. Nissan North America, Inc.,". |
| Page 10: | In line 10 of the first paragraph of footnote five, replace "DeMint v. NationsBank Corp.," with "Demint v. NationsBank Corp.,". |
| Page 11: | In line six, replace "Order to Show Cause at 1;" with "*id.*;". |
| Page 11: | In line four of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),". |
| Page 13: | In the penultimate line of the first indented paragraph, replace "Order to Show Cause" with "*id.*". |
| Page 14: | In line 19 of footnote 7, replace "that "Courts" with "that "[c]ourts". |

Page 14: In lines six to seven of footnote 8, replace "Link v. Wabash R.R. Co.," with "Link v. Wabash R.R.,".

Page 16: In the last line of the first indented paragraph, replace "Pl.'s Supp. Brief" with "Pl.'s Response to Show Cause Order".

Page 16: In line two of the second indented paragraph, delete "Rockwell's counsel for".

Page 17: In line six of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at iii" with "*id*. at iii".

Page 17: In line 13 of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at 12" with "*id*. at 12".

Page 18: In lines one to two, replace "Pl.'s Supp. Brief at 11-18." with "*id*.".

Page 18: In line five of the fifth paragraph of footnote 10, replace "office of the clerk of the court" with "Office of the Clerk of the Court".

Page 21: In the last line of footnote 12, replace "at issue")." with "at issue'") (citation omitted).".

Page 27: In the last line of the first indented paragraph, replace "Farthing v. City of Shawnee, 1994 WL 68715 * 1-*2 (D. Kan. 1994))." with "Farthing v. City of Shawnee, Kansas, 1994 WL 68715 * 1-2 (D. Kan. 1994), *aff'd*, 39 F.3d 1131 (10th Cir. 1994)).".

Page 28: In line two of the first paragraph of footnote 20, replace "office of the clerk" with "Office of the Clerk".

Page 29: In line six, replace "disregard [for]" with "disregard . . . [for]".

Page 29: In line 14 of the second paragraph of footnote 20, replace "(emphasis added)" with "(emphases added)".

Page 29: In line 15 of the second paragraph of footnote 20, replace "(7th Cir. 1996)" with "(7th Cir. 1996)".

Page 29: In line seven of footnote 21, replace "Caterpillar Inc. v. United States, 22 CIT 1169, 1170 (1998)" with "Caterpillar Inc., 22 CIT at 1170".

Page 30: In line 11 of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),".

| | |
|---|---|
| Page 32: | In lines two to three, replace "a timely motion for an extension" with "timely motions for extensions". |
| Page 32: | In line three, replace "Pl.'s Supp. Brief" with "*id.*". |
| Page 32: | In line five, replace "a *timely* motion for an extension" with "*timely* motions for extensions". |
| Page 32: | In line four of the first indented paragraph, replace "a timely motion for an extension of time." with "timely motions for extensions of time.". |
| Page 33: | In line six of the first indented paragraph, replace "Selph v. Council of City of Los Angeles," with "Selph v. Council of Los Angeles,". |
| Page 33: | In line 14 of the first indented paragraph, replace "upheaval in his practice" at" with "upheaval in his law practice" at". |
| Page 34: | In line five of the first indented paragraph, replace "excusable neglect");" with "excusable neglect"), *aff'd*, 19 Fed. Appx. 340 (6th Cir. 2001);". |
| Page 34: | In line 14 of footnote 22, replace "Jones v. Giant of Maryland," with "Jones v. Giant of Maryland, LLC,". |
| Page 34: | In line 15 of footnote 22, replace "do not" with "does not". |
| Page 34: | In line 18 of footnote 22, replace "* 4" with "* 4-5". |
| Page 37: | In line two of footnote 23, replace "Okl." with "Okla.". |
| Page 37: | In line eight of footnote 23, replace "967 F. Supp." with "907 F. Supp.". |
| Page 37: | In lines three to four of the first indented paragraph, replace "United States v. $39,480.00," with "United States v. $39,480.00 in U.S. Currency,". |
| Page 40: | In the last line of the second indented paragraph, replace "Lowry," with "*See* Lowry,". |

October 20, 2014